1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LANCE WILLIAMS,                        Case No.  2:21-cv-02331-JDP (PC)

12                Plaintiff,                 ORDER TRANSFERRING CASE TO THE
                                             FRESNO DIVISION OF THE UNITED
13        v.                                 STATES DISTRICT COURT FOR THE
                                             EASTERN DISTRICT OF CALIFORNIA
14   N. VERA, *et al.*,

15                Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983.  In his complaint, he alleges that defendants violated his civil rights.  The alleged

19   violations took place in Kings County, which is part of the Fresno Division of the United States

20   District Court for the Eastern District of California.  *See* E.D. Cal. L.R. 120(d).

21        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

22   division of a court may, on the court's own motion, be transferred to the proper division of the

23   court.  Therefore, this action will be transferred to the Fresno Division of the court.

24        Good cause appearing, it is hereby ORDERED that:

25        1. This action is transferred to the United States District Court for the Eastern District of

26   California sitting in Fresno.

27

28

                                               1

2.  All future filings shall reference the new Fresno case number assigned and shall be filed at:

United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

IT IS SO ORDERED.

Dated:   January 21, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2